1   BESS M. BREWER, #100364
    LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
    1023 H Street, Suite B5
3   Sacramento, CA 95814
    Telephone: (916) 448-8600
4   Facsimile: (916) 448-8605

5   Attorneys for Plaintiff

6

7

8                       **IN THE UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10
    **LEUA NOUANEPHOUMIVANH**        )        **Case No.  CIV-07-1368 EFB**
11  **xxx-xx-3918**                  )
                                     )
12                                   )        **STIPULATION AND ORDER**
              **Plaintiff,**         )        **EXTENDING PLAINTIFF'S TIME TO**
13                                   )        **FILE MEMORANDUM IN SUPPORT**
    **v.**                           )        **OF SUMMARY JUDGMENT**
14                                   )
    **MICHAEL J. ASTRUE**            )
15  **Commissioner of Social Security** )
    **of the United States of America,** )
16                                   )
              **Defendant.**         )
17                                   )
    _____)
18

19          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

20  permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

21  this case is hereby extended from January 28, 2008 to March 14, 2008.  This is plaintiff's first request

22  for an extension and  is required due to plaintiff's counsel's very heavy briefing schedule.

23  / / / /

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

                                        1

1

2  Dated: January 7, 2008                    */s/Bess M. Brewer*
                                            BESS M. BREWER
3                                           Attorney at Law

4                                           Attorney for Plaintiff

5

6
   Dated: January 7, 2008                    McGregor W. Scott
7                                           United States Attorney
                                            /s/ Shea Bond
8                                           SHEA BOND

9                                           Special Assistant U.S. Attorney

10                                          Social Security Administration

11                                          Attorney for Defendant

12

13

14                            **ORDER**

15

16  APPROVED AND SO ORDERED.

17  DATED:  January 9, 2008.

18                            _____
                              EDMUND F. BRENNAN
19                            UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2